No. 62739.—J. W. Hampton, Jr., & Co. of Phila. v. United States, protest 320827–K (Philadelphia).

Opinion by FORD, J. In accordance with oral stipulation of counsel that item 70972, "Bead Santa w/chenille Stem," consists of a "manufactured article in chief value of glass beads, not ornamented with beads, not in imitation of precious or semiprecious stones, nor in chief value of synthetic resin," the claim of the plaintiff was sustained.